# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JD1 AND JD2, BY AND ALLYSON RAS[KIN] | 3:21-cv-020429-L-BK |
| Plaintiff | CASE NUMBER |
| | |
| v. | |
| | |
| DALLAS INDEPENDENT, ) SCHOOL DI[STRICT] | SAM A. LINDSAY |
| Defendant | JUDGE |

### NOTICE OF APPEAL

Notice is hereby given that  __ALLYSON RASKIN__
(Appellant's Name)

appeals to the United States Court of Appeals for the Fifth Circuit from the

__from the judgement dismissing without prejudice all claims asserted by Plaintiffs in their Amended Complaint__
(conviction and sentence); (sentence only); (order);(judgment)

entered in this action on   __November 17, 2021__
(Date)

Date   November 29, 2021

Attorney/Pro Se Litigant Signature   */s/ Allyson Raskin*

Print Name   Allyson Raskin

Address   5533 Meletio Lane

City, State, Zip   Dallas, TX 75230

Telephone   214-263-5802