# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2022

Ms. Kathryn Elizabeth Long
Thompson & Horton, L.L.P.
500 N. Akard Street
Ross Tower
Suite 3150
Dallas, TX 75201

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

Mrs. Allyson Raskin
5533 Meletio Lane
Dallas, TX 75230

    No. 21-11180   Raskin v. Dallas Indep Sch Dist
                   USDC No. 3:21-CV-2429

Dear Ms. Long, Ms. Mitchell & Mrs. Raskin,

Attached is a revised case caption, which should be used on all future filings in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Laney L. Lampard, Deputy Clerk
                            504-310-7652

Case No. 21-11180

Allyson Raskin, on behalf of her minor children JD1 and JD2,

Plaintiff - Appellant

v.

Dallas Independent School District; Dallas Independent School District Board of Trustees; Michael Hinojosa, Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District; Ben Mackey, President; Edwin Flores, 1st Vice President; Maxie Johnson, 2nd Vice President; Joe Carreon, Board Secretary; Dustin Marshall; Dan Micciche; Karla Garcia; Joyce Foreman; Justin Henry, all in their Individual Capacities and in their Capacities as Members of the Dallas Indpendent School District Board of Trustees,

Defendants - Appellees