# United States Court of Appeals for the Fifth Circuit

No. 21-11180

Allyson Raskin, *on behalf of her minor children* JD1 and JD2,

*Plaintiff—Appellant*,

*versus*

Dallas Independent School District; Dallas Independent School District Board of Trustees; Michael Hinojosa, *Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District*; Ben Mackey, *President*; Edwin Flores, *1st Vice President*; Maxie Johnson, *2nd Vice President*; Joe Carreon, *Board Secretary*; Dustin Marshall; Dan Micciche; Karla Garcia; Joyce Foreman; Justin Henry, *all in their Individual Capacities and in their Capacities as Members of the Dallas Independent School District Board of Trustees*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2429

ORDER:

The court, having reviewed the briefing, believes it would be best served by appointing pro bono counsel to file an amicus brief in support of Appellant Allyson Raskin.

No. 21-11180

IT IS ORDERED that attorney Cody Stafford, having agreed to work on a pro bono basis, is appointed for purposes of filing an amicus brief in support of Appellant. The brief should address the following question: Outside of the social security context, may non-attorney parents assert claims on behalf of their minor children while proceeding pro se in federal court? *Cf. Harris v. Apfel*, 209 F.3d 413, 414-17 (5th Cir. 2000); *Sprague v. Dep't of Fam. & Protective Servs.*, 547 F. App'x 507, 507-08 (5th Cir. 2013); *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990).

The Clerk is DIRECTED to establish a supplemental briefing schedule, which shall include an opportunity for appellees to file a reply brief.

Entered for the Court:

/s/ Melissa Shanklin

Melissa Shanklin
*Deputy Clerk*