# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 09, 2022

Mr. Cody Wayne Stafford
Dobrowski Stafford L.L.P.
4601 Washington Avenue
Suite 300
Houston, TX 77007

    No. 21-11180   Raskin v. Dallas Indep Sch Dist
                   USDC No. 3:21-CV-2429

Dear Mr. Stafford,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

cc:
    Ms. Kathryn Elizabeth Long
    Mrs. Allyson Raskin
    Mr. Kenneth Adam Rothey