# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 06, 2022

Ms. Kathryn Elizabeth Long
Thompson & Horton, L.L.P.
500 N. Akard Street
Ross Tower
Suite 3150
Dallas, TX 75201

    No. 21-11180   Raskin v. Dallas Indep Sch Dist
                       USDC No. 3:21-CV-2429

Dear Ms. Long,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

The appendix must be removed from the brief. The only attachments allowed to the briefs without leave of court are statutes, rules, regulations, etc. See **FED. R. APP. P.** 28(f).

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
　　Mrs. Allyson Raskin
　　Mr. Kenneth Adam Rothey
　　Mr. Cody Wayne Stafford