No. 21–11180

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALLYSON RASKIN, on behalf of her minor children JD1 and JD2,

*Plaintiff-Appellant*,

v.

Dallas Independent School District; Dallas Independent School District Board of Trustees; Michael Hinojosa, Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District; Ben Mackey, President; Edwin Flores, 1st Vice President; Maxie Johnson, 2nd Vice President; Joe Carreon, Board Secretary; Dustin Marshall; Dan Micciche; Karla Garcia; Joyce Foreman; Justin Henry, all in their Individual Capacities and in their Capacities as Members of the Dallas Indpendent School District Board of Trustees,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Civil Action No. 3:21-cv-2429-L

**DEFENDANTS-APPELLEES'
UNOPPOSED MOTION FOR EXTENSION OF TIME**

i

| | |
|---|---|
| Kathryn E. Long<br>State Bar No. 24041679<br>klong@thompsonhorton.com<br><br>Carlos G. Lopez<br>State Bar No. 12562953<br>clopez@thompsonhorton.com<br><br>K. Adam Rothey<br>State Bar No. 24051274<br>arothey@thompsonhorton.com | **THOMPSON & HORTON LLP**<br>500 N. Akard Street, Suite 3150<br>Dallas, Texas 75201<br>(972) 853-5115 – Telephone<br>(972) 692-8334 – Facsimile<br><br>*Attorneys for Defendants-Appellees Dallas Independent School District, Dallas Independent School District Board of Trustees, Michael Hinojosa, Ben Mackey, Edwin Flores, Maxie Johnson, Joe Carreon, Dustin Marshall, Dan Micciche, Karla Garcia, Joyce Foreman, and Justin Henry* |

In accordance with Federal Rule of Appellate Procedure 35(e) and Fifth Circuit Rule 35.3, Appellees Dallas Independent School District, Dallas Independent School District Board of Trustees, Michael Hinojosa, Ben Mackey, Edwin Flores, Maxie Johnson, Joe Carreon, Dustin Marshall, Dan Micciche, Karla Garcia, Joyce Foreman, and Justin Henry (the "Dallas ISD Appellees") move the Court to grant the Dallas ISD Appellees an extension of time to file their Response to the Petition for Rehearing En Banc filed by Appellant Allyson Raskin. In support of this Unopposed Motion, the Dallas ISD Appellees would respectfully show the Court the following:

1.  On June 30, 2023, Appellant filed her Petition for Rehearing En Banc (Dkt. 102, "Petition"). On July 3, the Court issued a directive requesting a response to Appellant's Petition by July 13 (Dkt. 108).

2.  The Dallas ISD Appellees seek an eleven-day extension of time, until July 24, to file their Response to the Petition. This is the Dallas ISD Appellees' first request for an extension of time in this appeal.

3.  Counsel for the Dallas ISD Appellees emailed counsel for Appellant Raskin, including Aaron Streett, Matthew Erickson, Cody Stafford, Kelly Shackelford, Jeffrey Mateer, Hiram Sasser, and David

1

Hacker, on July 6. On July 7, Matthew Erickson, on behalf of Appellant's counsel, replied that Appellant is unopposed to the eleven-day extension of time.

4. The requested extension is necessary because Dallas ISD is administratively closed during the week of July 3 and does not reopen until July 10. Because the Petition was filed after business hours on June 30 and the Court ordered a response on July 3, all while Dallas ISD was administratively closed, counsel for the Dallas ISD Appellees has not been and will not be able to adequately confer with its clients regarding the Petition in time to prepare a response by the current July 13 deadline. In addition, the requested extension is necessary because of other pending client and litigation deadlines.

5. The extension of time is sought in the interest of justice, not for delay, and no party will be prejudiced if the requested extension is granted.

6. For the foregoing reasons, the Dallas ISD Appellees respectfully request that the Court grant their requested eleven-day extension of time to file their Response to the Petition, which will extend the response deadline to July 24, 2023.

Respectfully submitted,

*/s/   Kathryn E. Long*
KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

CARLOS G. LOPEZ
State Bar No. 12562953
clopez@thompsonhorton.com

K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 N. Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendants-Appellees Dallas Independent School District, Dallas Independent School District Board of Trustees, Michael Hinojosa, Ben Mackey, Edwin Flores, Maxie Johnson, Joe Carreon, Dustin Marshall, Dan Micciche, Karla Garcia, Joyce Foreman, and Justin Henry*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record on this 7th day of July, 2023 via the Court's electronic filing and service system addressed as follows:

Aaron M. Streett
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002-4995
aaron.streett@bakerbotts.com

Matthew P. Erickson
Baker Botts L.L.P.
401 South 1st Street, Suite 1300
Austin, Texas 78704-1296
matt.erickson@bakerbotts.com

Cody Wayne Stafford
Dobrowski Stafford L.L.P.
4601 Washington Ave., Suite 300
Houston, Texas 77007
cstafford@doblaw.com

Kelly J. Shackelford
Jeffrey C. Mateer
Hiram S. Sasser III
David J. Hacker
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, Texas 75075
kshackelford@firstliberty.org
jmateer@firstliberty.org
hsasser@firstliberty.org
dhacker@firstliberty.org

                            */s/   Kathryn E. Long*
                            KATHRYN E. LONG

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Dallas ISD Appellees conferred with Appellant Allyson Raskin's counsel Aaron Streett, Matthew Erickson, Cody Stafford, Kelly Shackelford, Jeffrey Mateer, Hiram Sasser, and David Hacker, via email on July 6, 2023 regarding this Motion and the relief requested in this Motion. Counsel for Appellant Allyson Raskin are unopposed to this Motion.

*/s/   Kathryn E. Long*
KATHRYN E. LONG

## CERTIFICATE OF COMPLIANCE

1.    This motion complies with the type-volume limit of Fed. R. App. P. 32(g) and Fed. R. App. P. 35(b)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 388 words.

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Kathryn E. Long*
KATHRYN E. LONG

Dated:    July 7, 2023