# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-11180

---

Allyson Raskin, *on behalf of her minor children* JD1 and JD2,

        *Plaintiff—Appellant*,

*versus*

Dallas Independent School District; Dallas Independent School District Board of Trustees; Michael Hinojosa, *Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District*; Ben Mackey, *President*; Edwin Flores, *1st Vice President*; Maxie Johnson, *2nd Vice President*; Joe Carreon, *Board Secretary*; Dustin Marshall; Dan Micciche; Karla Garcia; Joyce Foreman; Justin Henry, *all in their Individual Capacities and in their Capacities as Members of the Dallas Independent School District Board of Trustees*,

        *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2429

---

ON PETITION FOR REHEARING EN BANC

Before Higginbotham, Higginson, and Oldham, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5ᵀᴴ Cɪʀ. R. 35 I.O.P.), the petition for panel rehearing is DENIED. The petition for rehearing en banc is also DENIED.