# United States Court of Appeals
# for the Fifth Circuit



**Certified as a true copy and issued as the mandate on Nov 07, 2023**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-11180

United States Court of Appeals
Fifth Circuit
**FILED**
June 2, 2023
Lyle W. Cayce
Clerk

ALLYSON RASKIN, *on behalf of her minor children* JD1 and JD2,

*Plaintiff—Appellant*,

*versus*

DALLAS INDEPENDENT SCHOOL DISTRICT; DALLAS INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; MICHAEL HINOJOSA, *Superintendent of the Dallas Independent School District in his individual capacity and in his official capacity as Superintendent of the Dallas Independent School District*; BEN MACKEY, *President*; EDWIN FLORES, *1st Vice President*; MAXIE JOHNSON, *2nd Vice President*; JOE CARREON, *Board Secretary*; DUSTIN MARSHALL; DAN MICCICHE; KARLA GARCIA; JOYCE FOREMAN; JUSTIN HENRY, *all in their Individual Capacities and in their Capacities as Members of the Dallas Indpendent School District Board of Trustees*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-2429

Before HIGGINBOTHAM, HIGGINSON, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the District Court's dismissal of the GINA claims is VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

Andrew S. Oldham, *Circuit Judge*, dissenting in part and concurring in the judgment.